UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Naquan Leckie

Write the full name of each plaintiff.

-against-

Sean Robinson
Mauro Gonzalez

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

___CV___
(Include case number if one has been assigned)

17 CV 8727

COMPLAINT
(Prisoner)

Do you want a jury trial?
☐ Yes  ☑ No

2017 NOV -9 PM 3:59

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

*[signatures: Naquan Leckie / N. DeLaRosa]*

Rev. 5/20/16

N. De La Rosa
Commissioner Of Deeds
City Of New York, No. 1-10066
New York County.
EXP 10/18

11-2-17

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☑ Other: __Unlawful Prosecution, Assault By Officer, Prejudice → EC__

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Naquan__          __M__          __Leekie__
First Name          Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__349 1707087__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__MDC__
Current Place of Detention

__125 White St__
Institutional Address

__NY__                    __NY__          __10013__
County, City          State          Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
First Name: Sean
Last Name: Robinson
Shield #: 4836
Current Job Title (or other identifying information): Police Officer
Current Work Address: 7th Precient
County, City: NY
State: NY
Zip Code: 10002

Defendant 2:
First Name: Mauro
Last Name: Gonzales
Shield #: 27510
Current Job Title (or other identifying information): Police Officer
Current Work Address: Transit Division Homeless Outreach Unit
County, City: New York
State: NY
Zip Code:

Defendant 3:
First Name:
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address:
County, City:
State:
Zip Code:

Defendant 4:
First Name:
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address:
County, City:
State:
Zip Code:

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 148 StANton St

Date(s) of occurrence: July 14, 15 2017

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

See Attachment

On July 14th 2017 I was Engaged in a Fight with an unknown person and was maliciously Prosecuted By Law Enforcement. Me and the unknown person had a few words and then tussled over a pocket knife he pulled from his pocket. When the other party felt I was ~~seeing~~ gaining controll of the situation he then ran off before I can fully register the situation at hand Officer Mauro Gonzalez pointed his weapon at me and told me to get on the ground, I complied with his demand, He then stomped on my back and applied pressure I felt like I couldn't breath. He radioed to the precint. Officer Robinson Showed up I told the officers that I was the victim and I been cut and they said I would be going to the Hospital Shortly. After I came from the Hospital I was then taking to the precint I spoke to officer Senn Robin and told him what had occurred. His Exact words

Were in quote "don't worry it's just A simple Assault charge", my words to Him were How Am I Being Arrested when I'm the one that got Assaulted His words to me were in quote " the other guy Has A cut to His hand Also And He's Being Detained And Being Processed As we Speak, confused I said ok And Thought about what Had Just Occured. July, 15 I was taking to 100 centre St NewYork, NY 10013, Central Booking to Be Processed Upon Speaking to my Attorney He informed me I would Be going in front of A grand Jury." I Said OK But I was Assaulted, Where's The other guy, mr Williams Reply was in quote " what other guy? You were The only One Arrested And you Are Being Charged with Assault in the Second degree with A Knife. I AM Being maliciously Prosecuted ~~By the State of~~ By the court ~~NewYork. And I'm seeking~~ of Law ~~Justice for this~~ ~~~~

Sincerly

Naquan Leckie

For the following Reason's

Police Failed to read me my miranda Rights

Police Assaulted me By Stomping on my Back

Police Failed to take A report from me.

Police Never did A Lineup for Neither Party.

Police stated to me That Both Parties was Being Detained And Only Arrested me And And Charged me with A crime without taking A Report.

Police Charged me As the Suspect ~~the~~ ~~he~~ And let the other Party go.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Prejudice, MALicous prosecution, Unfair treatment By officers, Assault By officer, Depression, Mental Anguish, Wrongful Arrest → Ect

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

8 million

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 11-02-17
Plaintiff's Signature: Naquan Jeckie

First Name: Naquan
Middle Initial: M
Last Name: Jeckie

Prison Address: 125 White St

County, City: NY
State: NY
Zip Code: 10013

Date on which I am delivering this complaint to prison authorities for mailing: _____

Leckie
hite St
k, NY, 10013

Pro Se



US District court
Southern District court
of New York
500 Pearl St
New York, NY, 10007



100078131& C014