UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAQUAN LECKIE,

                Plaintiff,

-against-

SEAN ROBINSON and MAURO GONZALEZ,

                Defendants.

**ORDER**

17 Civ. 8727 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Magistrate Judge Barbara Moses issued her Report and Recommendation ("R&R") on February 6, 2020, which was mailed to Plaintiff's address on file. (Dkt. No. 75) However, the R&R was returned to this Court because Plaintiff was paroled on February 4, 2020. On March 5, 2020, pro se Plaintiff Naquan Leckie filed a memorandum updating his address with this Court. (Dkt. No. 76)

      Accordingly, it is hereby ORDERED that Plaintiff will have until March 20, 2020 to file any objections to the R&R.

      The Clerk of the Court is directed to send a copy of this order and of the R&R (Dkt. No. 75) by overnight mail to pro se Plaintiff Naquan Leckie, 501 New York Ave., #6D, Brooklyn, New York, 11225.

Dated: New York, New York
       March 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge