# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NAQUAN LECKIE

                            Plaintiff,          17 **CIVIL** 8727(PGG) (BCM)

      -against-                    **JUDGMENT**

SEAN ROBINSON and MAURO GONZALEZ

                         Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 3, 2020, Magistrate Judge Barbara Moses's R&R is adopted, and Defendants' motion for summary judgment is granted in its entirety; accordingly, this case is closed.

**Dated:**  New York, New York
        May 4, 2020

                                                               **RUBY J. KRAJICK**
                                                               _____
                                                                  Clerk of Court
                                                     BY:
                                                                  Deputy Clerk